Scott Walker
Governor

Jon E. Litscher
Secretary



**State of Wisconsin
Department of Corrections**

Division of Community Corrections
Eau Claire, Unit 505
2240 Eastridge Center
Eau Claire, WI 54701

May 11, 2017

Cornelius Hunter
CCDC
330 Camino Blvd.
Las Vegas, NV 89101

Mr. Hunter:

This is the response to your letter from April 28, 2017 in regards to your request for a follow up to your grievance from the June 31st, 2015 transport with US Corrections back to Wisconsin.

Ultimately, your report and subsequent complaint regarding conditions during your transport from Las Vegas County Detention Center to Wisconsin during that time almost 2 years ago was with the US Corrections Transport company and not with the Wisconsin Department of Corrections. This matter was investigated and turned over to US Corrections for their investigation. From my reading of the notes and the waiver you signed on 8-19-2015 to release your statement to them, the investigation was fully within that company, and your attorney at the time was following the grievance with them.

From my understanding of the matter on 8-20-2015, all information was referred to US Corrections and the State of Wisconsin Department of Corrections had no further follow with this matter.

Thank you for your time in writing. My understanding is that you find yourself out of state currently while in violation status with Wisconsin Department of Corrections for allegations of absconding. However this violation is resolved, I do I hope you find success in the future on community supervision.

Respectfully,

Mike Felton
CFS, Eau Claire Unit 505
Cc: File, Agent Sara Biddle

Exh. "A"