IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CORNELIUS ISAAC HUNTER,

                  Plaintiff,

   v.

U.S. CORRECTIONS TRANSPORT, et al.,

                  Defendants.

ORDER

17-cv-876-wmc

---

On November 28, 2017, I entered an order directing plaintiff Cornelius Hunter to submit an initial partial payment of the filing fee in the amount of $4.40 by December 12, 2017. On December 6, 2017, plaintiff filed a letter requesting to waive the $4.40 initial partial payment. Dkt. 6. Plaintiff's request will be denied without prejudice.

The account statement that plaintiff filed with his complaint shows that he has received deposits to his trust fund account. Because it may well be that plaintiff will be able to make the initial partial payment from the next deposit made to his account, or as he says in his letter, that a family member may send in the payment, I am willing to provide him an extension of time, until January 3, 2017, in which to pay the $4.40 initial partial filing fee. If, by January 3, 2017, plaintiff is unable to pay the initial partial payment, he is free to renew his request to waive the initial partial filing fee, supported by a recent account statement and any correspondence from his business office.

ORDER

IT IS ORDERED that:

1. Plaintiff Cornelius Hunter's request for the court to waive the initial partial payment in this case, dkt. 6, is DENIED without prejudice.

2. Plaintiff may have an enlargement of time to January 3, 2017, in which to submit a check or money order payable to the clerk of court in the amount of $4.40.

3. If, by January 3, 2017, plaintiff fails to make the initial partial payment, or show cause for failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff's filing his case at a later date.

Entered this day 7th of December, 2017.

BY THE COURT:

_/s/_____
PETER OPPENEER
Magistrate Judge